UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER R SIMATIC,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | CASE NO. C21-5180 MJP<br><br>MINUTE ORDER REFERRING CASE |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The above-entitled case is hereby referred to the Honorable J. Richard Creatura, United States Magistrate Judge. The caption for this case shall hereinafter be **C21-5180 MJP-JRC**. All scheduled dates will remain as set unless the parties are notified otherwise by Judge Creatura.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Filed June 14, 2021.

MINUTE ORDER REFERRING CASE - 1

William M. McCool
Clerk of Court

s/ Paula McNabb
Deputy Clerk