UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENNIFER SIMATIC,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. 3:21-cv-05180-MJP-JRC

ORDER ADOPTING BRIEFING SCHEDULE

This matter is before the Court on the parties' stipulated proposed summary judgment briefing schedule. Dkt. 28. The Court grants the proposed schedule, as follows:

1. Defendant's summary judgment motion (limited to 24 pages) shall be filed no later than October 6, 2021;

2. plaintiff's opposition/cross-motion for summary judgment (limited to 24 pages) shall be filed no later than October 27, 2021;

3. defendant's opposition/reply brief (limited to 12 pages) shall be filed no later than November 5, 2021; and

ORDER ADOPTING BRIEFING SCHEDULE - 1

4.  plaintiff's reply brief (limited to 12 pages) shall be filed no later than November 17, 2021.

Dated this 17th day of August, 2021.

J. Richard Creatura
Chief United States Magistrate Judge